**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NIKCI BOYD,<br><br>            Plaintiff(s),<br><br>vs.<br><br>RAY NELSON,<br><br>            Defendant(s). | Case No. 2:16-cv-00157-JCM-NJK<br><br>**ORDER** |

Plaintiff is proceeding in this action *pro se*, and has submitted documents in an effort to initiate this case. Docket No. 1. Plaintiff has not, however, submitted the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.
2. The Clerk of the Court shall send Plaintiff a blank application form used by prisoners.
3. Plaintiff must comply with this order no later than March 23, 2016. Failure to comply will result a recommendation that this case be dismissed.

Dated: February 26, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE